FOURTH DEPARTMENT, APRIL, 1970

(April 2, 1970)*

■ In the Matter of the STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. KERPOE, TESTA & O'DONNELL, INC., et al., Respondents.— Application denied, without prejudice to the right of petitioner to renew upon proof of noncompliance with the order of the Commissioner and other facts showing the necessity for the enforcement of said order. (Executive Law, § 297 subd. 7; § 298, and see *Matter of State Division of Human Rights,* v. *Employers-Commercial Union Ins. Group,* 33 A D 2d 273.)

---

* Not published with other decisions of April 2, 1970, 34 A D 2d 723. [Rep.